IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON )<br>)<br>Plaintiff, )<br>)<br>NEST PLANNER LLC & )<br>ANTHONY FRISONE )<br>Defendants )<br>) | No. 1:18-cv-004413(JFB)(AKT)<br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★  AUG 16 2018  ★<br>LONG ISLAND OFFICE |

### ORDER:

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff JAMES EVERETT SHELTON shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to permit registration and provide Plaintiff access to ECF for the above-captioned case.

Dated: Aug. 16, 2018

BY THE COURT:

/s/ Joseph F. Bianco

Honorable Joseph F. Bianco, J.