UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES EVERETT SHELTON,

                Plaintiff,                      **CLERK'S CERTIFICATE**
                                                             **OF DEFAULT**
   - against -                                   CV 18-4413 (JFB) (AKT)

NEST PLANNER, LLC & ANTHONY FRISONE,

                Defendants.
-----------------------------------------------------------------X

      **I,** Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant NEST PLANNNER, LLC, has not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

      The default of defendant NEST PLANNER, LLC, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
       November 2, 2018

                                                             DOUGLAS C. PALMER
                                                             CLERK OF THE COURT

                                         BY:    /S/ JAMES J. TORITTO
                                                         DEPUTY CLERK