**James Everett Shelton**
**316 Covered Bridge Road**
**King of Prussia, PA 19406**
**(484) 626-3942**
**Jeshelton595@gmail.com**

**Plaintiff, Pro Se**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
## CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 2:18-cv-04413 (JFB) (AKT) |
| | ) | |
| NEST PLANNER, LLC, & | ) | |
| ANTHONY FRISONE | ) | |
| Defendants | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff JAMES EVERETT SHELTON hereby dismisses this action with prejudice, with respect to all Defendants.

Dated: January 5, 2019

*[Signature: James E. Shelton]*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se