James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 08 2019   ★

LONG ISLAND OFFICE

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON<br>Plaintiff,<br><br>v.<br><br>NEST PLANNER, LLC, &<br>ANTHONY FRISONE<br>Defendants | Civil Action<br><br>No. 2:18-cv-04413 (JFB) (AKT) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff JAMES EVERETT SHELTON hereby dismisses this action with prejudice, with respect to all Defendants.

Dated: January 5, 2019

*James E. Shelton* (signature)

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

The Clerk of the Court shall close the case.

SO ORDERED
S/ JOSEPH F BIANCO

Joseph F. Bianco
USDJ
Date: Jan. 8, 2019
Central Islip, N.Y.